1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  IRINA BAICAN, | CASE NO.: CV 13-02200 JAK (MRWx) |
| 12      Plaintiff, | Hon. John A. Kronstadt |
| 13  vs. | **ORDER ON STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE [FRCP 41(a)(1)]** |
| 14  METROPOLITAN LIFE INSURANCE COMPANY; CITIBANK CONSUMER LTD PLAN, and DOES 1 to 10, inclusive, | **JS-6** |
| 16      Defendants. | [Stipulation filed concurrently] |
| 17 | |
| | Complaint Filed: March 27, 2013 |

18
19
20
21
22
23
24
25
26
27
28

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

# **ORDER**

Pursuant to the stipulation of the parties, this action is hereby dismissed in its entirety with prejudice as set forth in Federal Rule of Civil Procedure 41(a)(1). Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: June 4, 2014

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE